# Exhibit 3



USAO_000288