# Exhibit 6

U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No 1140-0003 (05/31/2015)

## Report of Multiple Sale or Other Disposition of Pistols and Revolvers

*(Please complete all information)*

**1. Date of Report**  
07/14/2020

**2a. Federal Firearms Licensee (FFL) Number**  
1-63-101-01-3D-01774

**2b. Business or Trade Name and Address** *(If you have complete information available on a rubber stamp, please place information here.)*

Walter Craig, LLC. The Sportsmans Headquarters  
1201 NE Blvd.  
Montgomery, AL 36117

**2c.** Are any of the firearm(s) connected to another multiple sale? (If yes, specify date) See instruction 2. ☐ Yes ☒ No  Date

**2d.** If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.

**3. Any Combination of Pistols and Revolvers Disposed of to the Same unlicensed Person at One Time or During Any Five Consecutive Business Days**

| Type (Pistol or revolver) | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| PISTOL | HZS8814 | SMITH&WESSON | M&P40 | SMITH&WESSON | 40S&W | 7/14/20 |
| PISTOL | JCK9567 | SMITH&WESSON | M&P40 | SMITH&WESSON | 40 S&W | 7/14/20 |
| REVOLVER | ABE543505 | TAURUS | UL856 | TAURUS | 38 SPL | 7/14/20 |
| REVOLVER | ABE547735 | TAURUS | UL856 | TAURUS | 38SPL | 7/14/20 |

**4. Transferee's Name** *(Last, first, middle)*  
BANDY-EVANS, TABITHA, RASHAY ANQUINNETTA

**5. Residence Address** *(Number, street, city, county, state, zip code)*  
TROY, PIKE, AL

**6. Sex**: FEMALE

**7a. Ethnicity**: ☐ Hispanic or Latino  ☒ Not Hispanic or Latino

**7b. Race** *(Check one or more boxes)* *(See instruction 5)*  
☐ American Indian or Alaska Native  ☒ African American or Black  ☐ White  
☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

**8. Identification Number**: [redacted]

**9. Type of Identification (ID)**: NONDRIVER ID

**10. ID State**: AL

**11. Date of Birth**: /1994

**12. Place of Birth** *(City, state, country)*: TROY, AL USA

**13.** If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable. *(See instruction 6.)*  
Name and Address of Business Entity

**14a.** Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

Name of Agency: Montgomery County Sheriff's Office  
Street Address, City, and State: 115 South Perry St Montgomery, AL 36104

**14b. Date Copy 2 was forwarded to Agency**: 07/15/20

**15. Additional Information Relating to the Transfer of the Firearms** *(if applicable)*

**16. Name of Employee Filling Out This Form**: [redacted]  
**Date**: 07/14/2020

When Fax is available, please Fax to 1-877-283-0288.

ATF E-Form 3310.4  
Revised May 2012