# Exhibit 7

## 2007CR001308 Commonwealth vs. Smith, Kobe

- Case Type:
- Criminal
- Case Status:
- Activity Suspended
- File Date
- 06/01/2020
- DCM Track:
- 
- Initiating Action:
- FIREARM, CARRY WITHOUT LICENSE c269 §10(a)
- Status Date:
- 08/29/2022
- Case Judge:
- 
- Next Event:
- 



| All Information | Party | Charge | Event | Docket | Disposition |

### Party Information

**Smith, Kobe**
- Defendant

| Alias | |
|---|---|
| | **Party Attorney** |
| | • Attorney |
| | • Dalal, Esq., Nitin |
| | • Bar Code |
| | • 566963 |
| | • Address |
| | • Phone Number |

**More Party Information**



### Party Charge Information

- **Smith, Kobe**
- Defendant
- Charge # 1:
- **269/10/J-1 - Felony**     FIREARM, CARRY WITHOUT LICENSE c269 §10(a)

- Original Charge
- 269/10/J-1 FIREARM, CARRY WITHOUT LICENSE c269 §10(a) (Felony)
- Amended Charge
- 

- **Smith, Kobe**
- Defendant
- Charge # 2:
- **269/10/EE-0 - Felony**     FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n)

- Original Charge
- 269/10/EE-0 FIREARM, CARRY WITHOUT LICENSE LOADED c269 s.10(n)
  (Felony)
- Amended Charge
- 

- **Smith, Kobe**
- Defendant
- Charge # 3:
- **269/10/TT - Misdemeanor - more than 100 days incarceration**     AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)

- Original Charge
- 269/10/TT AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)
  (Misdemeanor - more than 100 days incarceration)
- Amended Charge
- 

- **Smith, Kobe**
- Defendant

Charge # 4:
**269/10/AA-0 - Felony**        FIREARM, POSSESS LARGE CAPACITY c269 §10(m)

- Original Charge
  - 269/10/AA-0 FIREARM, POSSESS LARGE CAPACITY c269 §10(m) (Felony)
  - Amended Charge
  -

> **Charge Disposition**
> Disposition Date
> Disposition
> 09/08/2020
> Dismissed

## Events

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 06/01/2020 09:00 AM | Virtual Court Session | | Arraignment | | Held - Bail or Conditions of Release ordered |
| 07/06/2020 09:00 AM | Video Conference Session | | Probable Cause Hearing | | Rescheduled-Covid-19 emergency |
| 09/08/2020 09:00 AM | Virtual Court Session | | Probable Cause Hearing | | Not Held |
| 10/27/2020 09:00 AM | 6th Session | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 12/29/2020 09:00 AM | Virtual Court Session | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 03/02/2021 09:00 AM | Virtual Court Session | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 05/04/2021 09:00 AM | Virtual Court Session | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 07/20/2021 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Held |
| 10/08/2021 12:19 PM | 2nd Session | | Motion Hearing (CR) | | Held - Motion allowed |
| 10/12/2021 09:00 AM | 6th Session | | Pretrial Hearing | | Event Cancelled |
| 02/01/2022 09:00 AM | 2nd Session | | Jury Trial (CR) | | Reschedule of Hearing |
| 04/27/2022 09:03 AM | Arraignment (1st) Session | | Motion Hearing (CR) | | Held - Motion allowed |
| 05/05/2022 09:00 AM | 2nd Session | | Jury Trial (CR) | | Event Cancelled |
| 07/15/2022 09:00 AM | 6th Session | | Discovery Compliance & Jury Election | | Not Held |
| 08/26/2022 09:00 AM | 6th Session | | Hearing to Review Status | | Defendant defaulted-FI to Appear |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|-------------|-------------|-------------|---------------|--------------|
| 06/01/2020 | Criminal Complaint issued from Electronic Application: Originating Court: BMC Dorchester Case Number: 2007AC002061-AR Receiving Court: BMC Dorchester ; | | | |
| 06/01/2020 | Complaint issued upon new arrest. | | | |
| 06/01/2020 | Event Resulted:  Arraignment scheduled on: 06/01/2020 09:00 AM Has been: Held - Bail or Conditions of Release ordered Hon. Thomas S. Kaplanes, Presiding | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 06/01/2020 | Defendant arraigned before Court, advised of right to counsel. Judge: Kaplanes, Hon. Thomas S. | | 1 | |
| 06/01/2020 | Reasons for ordering bail. Judge: Kaplanes, Hon. Thomas S. | | 2 | |
| 06/01/2020 | Bail revocation warning (276/58) given to the defendant Judge: Kaplanes, Hon. Thomas S. | | | |
| 06/01/2020 | Defendant is ordered committed to in lieu of having posted bail in the amount ordered: (Bond; Cash), returnable for 06/01/2020 09:00 AM Arraignment; mittimus issued. Court location of next event (if not your court): Further Orders: Judge: Kaplanes, Hon. Thomas S. | | 3 | |
| 06/01/2020 | Appearance filed  for the purpose of Case in Chief by Judge Hon. Thomas S. Kaplanes. | | 4 | |
| 06/01/2020 | Defendant is ordered committed to Suffolk County Jail in lieu of having posted bail in the amount ordered: ($0.00 Bond; $15,000.00 Cash), returnable for 07/06/2020 09:00 AM Probable Cause Hearing; mittimus issued. Court location of next event (if not your court): Further Orders: Judge: Kaplanes, Hon. Thomas S. | | 5 | |
| 07/06/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Probable Cause Hearing scheduled on:     07/06/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 07/07/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 09/08/2020 09:00 AM Probable Cause Hearing to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617-288-9500 and enter meeting password ext.200. Notices sent. | | | |
| 09/08/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Probable Cause Hearing scheduled on:     09/08/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. Jonathan R Tynes, Presiding | | | |
| 09/08/2020 | Charges Disposed:: Charge # 4 FIREARM, POSSESS LARGE CAPACITY c269 §10(m)     On: 09/08/2020     Judge: Hon. Jonathan R Tynes     Dismissed | | | |
| 09/08/2020 | Appearance filed On this date Rebecca Kozak, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Kobe Smith | | 6 | |
| 09/08/2020 | Appearance filed On this date Tracy Nina Firicano, Esq. added as Appointed - Indigent Defendant for Defendant Kobe Smith Appearance filed  for the purpose of Case in Chief by Judge Hon. Jonathan R Tynes. | | 7 | |
| 09/09/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 10/27/2020 09:00 AM Pretrial Hearing to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617 288 9500 and enter meeting password EXT 200. Notices sent. | | | |
| 10/19/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:     10/27/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 10/19/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 12/29/2020 09:00 AM Pretrial Hearing to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number (617) 288-9500 and enter meeting password x200. Notices sent. | | | |
| 12/16/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:     12/29/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 12/16/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 03/02/2021 09:00 AM Pretrial Hearing to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number (617) 288-9500 and enter meeting password x200. Notices sent. | | | |
| 02/18/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:<br>          03/02/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency | | | |
| 02/23/2021 | Court hearing has been changed due to COVID emergency. New hearing date and time is 05/04/2021 09:00 AM Pretrial Hearing to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617-288-9500 and enter meeting password ext.200. Notices sent. | | | |
| 05/04/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on:<br>          05/04/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency        For the following reason: For Continuance<br>Hon. Thomas S. Kaplanes, Presiding | | | |
| 07/20/2021 | Event Resulted:  Discovery Compliance & Jury Election scheduled on:<br>          07/20/2021 09:00 AM<br>Has been: Held<br>Hon. Jonathan R Tynes, Presiding | | | |
| 08/10/2021 | Defendant's motion for funds filed with the following, if any, supporting documents: Allowed<br><br>Judge: Grant, Hon. Lisa Ann | 8 | | |
| 08/10/2021 | Stay of court hearing due to Covid-19 vacated - Court hearing scheduled on OPEN case. | | | |
| 10/08/2021 | Event Resulted:  Pretrial Hearing scheduled on:<br>          10/12/2021 09:00 AM<br>Has been: Event Cancelled      For the following reason: Brought forward<br>Hon. James W Coffey, Presiding | | | |
| 10/08/2021 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>          10/08/2021 12:19 PM<br>Has been: Held - Motion allowed<br>Hon. Jonathan R Tynes, Presiding | | | |
| 10/08/2021 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 02/01/2022  Time: 09:00 AM<br>Result: Reschedule of Hearing | | | |
| 10/26/2021 | Appearance filed<br>On this date Tracy Nina Firicano, Esq. dismissed/withdrawn as Appointed - Indigent Defendant for Defendant Kobe Smith | 9 | | |
| 10/26/2021 | Appearance filed<br>On this date Nitin Dalal, Esq. added as Appointed - Indigent Defendant for Defendant Kobe Smith<br>Appearance filed  for the purpose of Case in Chief by Judge Hon. James W Coffey. | 10 | | |
| 02/01/2022 | Event Resulted:  Jury Trial (CR) scheduled on:<br>          02/01/2022 09:00 AM<br>Has been: Reschedule of Hearing        For the following reason: For Continuance<br>Hon. Lisa Ann Grant, Presiding | | | |
| 02/02/2022 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 05/05/2022  Time: 09:00 AM<br>Result: Event Cancelled | | | |
| 04/27/2022 | Event Resulted:  Jury Trial (CR) scheduled on:<br>          05/05/2022 09:00 AM<br>Has been: Event Cancelled      For the following reason: Brought forward<br>Hon. Jonathan R Tynes, Presiding | | | |
| 04/27/2022 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>          04/27/2022 09:03 AM<br>Has been: Held - Motion allowed<br>Hon. Samir Zaganjori, Presiding | | | |
| 04/27/2022 | Motion ALLOWED.<br>Judge: Zaganjori, Hon. Samir | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 07/15/2022 | Event Resulted:  Discovery Compliance & Jury Election scheduled on: <br>     07/15/2022 09:00 AM <br> Has been: Not Held <br> Hon. Steven M Key, Presiding | | | |
| 08/26/2022 | Event Resulted:  Hearing to Review Status scheduled on: <br>     08/26/2022 09:00 AM <br> Has been: Defendant defaulted-FI to Appear <br> Hon. Jonathan R Tynes, Presiding | | | |
| 08/29/2022 | Default Warrant ordered to issue. <br> Judge: Tynes, Hon. Jonathan R | | 11 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | 06/01/2020 | |